FILED
May 02 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ JulieOlsen  DEPUTY

FILED
May 02, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: POWERSCHOOL HOLDINGS, INC., AND
POWERSCHOOL GROUP, LLC CUSTOMER DATA
SECURITY BREACH LITIGATION

MDL No. 3149

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −2)

On April 7, 2025, the Panel transferred 32 civil action(s) to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2025). Since that time, 22 additional action(s) have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Roger T. Benitez.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Benitez.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of April 7, 2025, and, with the consent of that court, assigned to the Honorable Roger T. Benitez.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
May 01, 2025
CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

James V. Ingold
Clerk of the Panel

I hereby attest and certify on **May 02, 2025** that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
Clerk, U.S. District Court
Southern District of California
By: **s/ J. Olsen**
Deputy

IN RE: POWERSCHOOL HOLDINGS, INC., AND
POWERSCHOOL GROUP, LLC CUSTOMER DATA
SECURITY BREACH LITIGATION                                    MDL No. 3149

## SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 25−00802 | St. Croix Falls School District v. PowerSchool Holdings, Inc. |
| CAE | 2 | 25−00812 | Uniondale Union Free School District v. Powerschool Holdings, Inc. |
| CAE | 2 | 25−00893 | Richland County School District One v. PowerSchool Holdings, Inc. |
| CAE | 2 | 25−00928 | Highland Joint School Dist #305 v. Powerschool Holdings, Inc. |
| CAE | 2 | 25−00973 | West Hempstead Union Free School District v. PowerSchool Holdings, Inc. |
| CAE | 2 | 25−01061 | Reed−Custer Community Unit School District 255U v. PowerSchool Holdings, Inc. |
| CAE | 2 | 25−01124 | Montpelier Roxbury Public Schools v. PowerSchool Holdings, Inc. |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 25−10937 | S.H. et al v. Powerschool Holdings, Inc. et al |